[No. 42716-8-II. Division Two. January 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WAYNE NIEFFENEGGER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01425-0, Linda CJ Lee, J., entered October 21, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 30369-1-III. Division Three. January 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ENRIQUE RETANA GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 11-1-00324-9, John E. Bridges, J., entered October 21, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 30464-7-III. Division Three. January 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN R. CRISLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-00865-8, Tari S. Eitzen, J., entered November 29, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 29909-1-III. Division Three. January 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN WAYNE WILKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00406-1, Cameron Mitchell, J., entered May 11, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.